**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    ESDENE HANDSOME, III               Chapter 13
    NAOMI K HANDSOME

               Debtor           Bankruptcy No. 17-10565-JKF
                                     Date: 7/27/2017 9:30:00 AM
                                     Time:
                                     Courtroom: #Courtroom #3
                                     900 Market St,
                                     Philadelphia PA 19107

### CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

    **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to provide evidence of business insurance coverage as directed at the meeting of creditors held under 11 U.S.C. Section 341(a), or thereafter.
Debtor(s) has/have failed to provide evidence of business licensing as directed at the meeting of creditors held under 11 U.S.C. Section 341(a), or thereafter.

    The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

    **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                                 Respectfully submitted,

                                               /s/ William C. Miller

                                             _____

                                             William C. Miller, Esquire
                                             Chapter 13 Standing Trustee
                                             P.O. Box 1229
                                             Philadelphia, PA 19105
                                             Telephone: (215)627-1377